UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IFTIKHAR ABED,

    Plaintiff,

    v.

ETIHAD AIRWAYS,

    Defendant.

Case No. 14-cv-01538-WHO

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On April 8, 2014, the defendant filed a motion to dismiss the complaint. A hearing on the motion is currently set for May 28, 2014. The plaintiff's opposition was due April 22, 2014, but none has been filed.

The hearing currently set for May 28, 2014, is VACATED. The plaintiff is ORDERED to show cause why this action should not be dismissed for failure to prosecute. The plaintiff shall respond to this order to show cause by May 21, 2014. In lieu of such a response, the plaintiff may file an opposition to the pending motion to dismiss. If an opposition is timely filed, the defendant shall file any reply by May 28, 2014. A hearing on the motion shall be set for June 11, 2014.

The plaintiff is warned that failure to either respond to this order to show cause or file an opposition brief by May 21st will lead to the dismissal of this action.

**IT IS SO ORDERED.**

Dated: May 8, 2014

WILLIAM H. ORRICK
United States District Judge