United States District Court
Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    IFTIKHAR ABED,                          Case No.  14-cv-01538-WHO

          Plaintiff,
8
                                             **ORDER DISMISSING ACTION
9         v.                                 WITHOUT PREJUDICE**

10   ETIHAD AIRWAYS,

          Defendant.
11

12

13        On April 8, 2014, the defendant filed a motion to dismiss the complaint, but the plaintiff

14   did not file any opposition within the time to do so.  On May 8, 2014, I issued an order to show

15   cause why this case should not be dismissed for failure to prosecute.  I required the plaintiff to

16   respond to the order by May 21, 2014; in lieu of a response, the plaintiff could file an opposition

17   to the motion to dismiss by the same date.

18        The plaintiff has not filed a timely opposition or response to the order to show cause.

19   Accordingly, I ORDER that this action be dismissed without prejudice for failure to prosecute.

20   The Clerk is directed to close the file.

21        **IT IS SO ORDERED.**

22   Dated: May 22, 2014

23                                           _____

24                                           WILLIAM H. ORRICK
                                             United States District Judge
25

26

27

28